Electronically Filed
Supreme Court
SCWC-11-0000585
15-MAY-2013
11:48 AM

SCWC-11-0000585

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

TEVITA UNGOUNGA, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000585; CR. NO. 10-1-1738)

ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, Acting C.J., Acoba, and McKenna, JJ.
Circuit Judge Browning, in place of Recktenwald, C.J., recused,
and Circuit Judge Nacino, in place of Pollack, J., recused)

Petitioner/Defendant-Appellant Tevita Ungounga's application for writ of certiorari filed on April 2, 2013, was filed more than thirty days after the filing of the ICA's December 18, 2012, judgment on appeal. The application is untimely and thus, this courts lacks appellate jurisdiction. See Hawaiʻi Revised Statutes § 602-59(c) (Supp. 2011); Hawaiʻi Rules of Appellate Procedure Rule 40.1(a). Therefore,

IT IS HEREBY ORDERED that the application for writ of certiorari is dismissed.

DATED: Honolulu, Hawaiʻi, May 15, 2013.

Walter J. Rodby
for petitioner

Debbie L. Tanakaya
for respondent

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ R. Mark Browning

/s/ Edwin C. Nacino

